**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 2 1 2009 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

-----------------------------------------------------------------X

In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

04-MD- 1596

-----------------------------------------------------------------X

JUDITH GOVE *in*

YOLANDE CHAVEZ, et al.,

                Plaintiff,

JUDGMENT
06-CV- 2592 (JBW)

   -against-

ELI LILLY & COMPANY,

                Defendant.

-----------------------------------------------------------------X

      An Order of Honorable Jack B. Weinstein, United States District Judge, having

been filed on December 17, 2009, granting defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that

judgment is hereby entered granting defendant's motion for summary judgment.

Dated:  Brooklyn, New York
         December 17, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court